IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

FILED
2018 AUG -1 PM 3: 10
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | CRIMINAL NO. |
| Plaintiff, § § | S E A L E D |
| § | **INDICTMENT** |
| v. § | |
| § | **CT 1:** 18: 371 & 1503- Conspiracy to Obstruct Due Administration of Justice |
| RAFAEL F. GALLEGO (1) and § RICARDO GALLEGO (2), § | **CT 2:** 18:371 & 1001 – Conspiracy to Commit False Statements |
| Defendants. § | **CT 3:** 18: 1503 – Obstruction of Due Administration of Justice |
| § | **CT 4:** 18:3 – Accessory After the Fact |
| § | **CT 5:** 18:1512 – Conspiracy to Tamper with a Witness |

CR18-1537TUC JAS (BPV)

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. §§ 371 & 1503)

That beginning on or about January 31, 2017, and continuing through and including on or about October 6, 2017, in the District of Arizona and elsewhere, Defendants,

**RAFAEL F. GALLEGO (1) and
RICARDO GALLEGO (2),**

did knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury to commit an offense against the United States in violation of Title 18, United States Code, Section 371, that is to say they conspired to corruptly influence, obstruct and impede and endeavor to corruptly influence, obstruct, and impede the due administration of justice in *United States of America v. Efrain Corrales-Perez,* in the United States District Court for the District of Arizona, Tucson Division, with a cause number known to the grand jury but not identified herein, by providing false information to Homeland Security Investigations and Customs

and Border Protection agents and the United States Attorneys Office for the District of Arizona, Tucson Division, in violation of Title 18, United States Code, Section 1503.

**OVERT ACTS**

In furtherance of the conspiracy alleged in Count One and to affect the objects of the conspiracy alleged in Count One, at least one of the co-conspirators committed or caused to be committed at least one of the following overt acts, among others, in the District of Arizona and elsewhere:

1. On or about May 5, 2017, Rafael F. Gallego sent a letter labeled "Proffer" to an Assistant United States Attorney, from the District of Arizona, containing topics of information that Co-conspirator 1, a person known to the grand jury but not fully identified herein, ("CC1") will provide to the Government at a future date.

2. On or about July 20, 2017, CC1, with Rafael F. Gallego and Ricardo Gallego present, participated in an interview to obtain a "safety valve" reduction in CC1's criminal case, and during that interview, CC1 falsely stated to agents from Homeland Security Investigations and Customs and Border Protection and an Assistant United States Attorney from the District of Arizona, that Person A, a person known to the grand jury but not fully identified herein, was the person who hired CC1 to cross cocaine into the United States from Mexico in January of 2017.

3. On or about July 20, 2017, CC1, with Rafael F. Gallego and Ricardo Gallego present, participated in an interview to obtain a "safety valve" reduction in CC1's criminal case, and during that interview, CC1 falsely stated to agents from Homeland Security Investigations and Customs and Border Protection and an Assistant United States Attorney from the District of Arizona, that CC1 learned specific information about Person B, a person known to the grand jury but not fully identified herein, by asking other people about Person B in order to evaluate

Person A's level of dangerousness.

4. On or about July 20, 2017, CC1, with Rafael F. Gallego and Ricardo Gallego present, participated in an interview to obtain a "safety valve" reduction in CC1's criminal case, and during that interview, CC1 falsely stated to agents from Homeland Security Investigations and Customs and Border Protection and an Assistant United States Attorney from the District of Arizona, that CC1 learned specific information about Person C and Person D, individuals known to the grand jury but not identified herein, by using CC1's contacts in the Sonora area, such as police officers, and by personally investigating.

5. On or about September 26, 2017, Ricardo Gallego spoke to Co-conspirator Two, a person known to the grand jury but not fully identified herein, ("CC2") to obtain answers to follow-up questions relating to Person D and Person A.

6. On October 4, 2017, Rafael F. Gallego, caused an employee of the Gallego Law Firm, P.C. to send an email to Agent Ernesto Guerra stating the date and amount of CC1's prior cocaine trafficking trip and providing information regarding Person A.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(18 U.S.C. §§ 371 & 1001)

Beginning on or about January 31, 2017, and continuing through and including on or about October 6, 2017, in the District of Arizona and elsewhere, Defendants,

**RAFAEL F. GALLEGO (1) and
RICARDO GALLEGO (2),**

did knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury to commit an offense against the United States in violation of Title 18, United States Code, Section 371, that is to say they conspired to make false, fictitious and fraudulent material statements and representations in a matter within the jurisdiction of the United

States Department of Homeland Security, Customs and Border Protection ("CBP") and Homeland Security Investigations ("HSI"), agencies of the United States, in violation of Title 18, United States Code, Section 1001.

## PLAN AND PURPOSE

It was the plan and purpose of the conspiracy that the conspirators would present false information to investigators of the CBP and HSI who were investigating the criminal case of *United States of America v. Efrain Corrales-Perez*, with a cause number known to the grand jury but not identified herein, in the District of Arizona, Tucson Division. By providing this false information, the conspirators sought to protect Co-conspirator Two, a person known to the grand jury but not fully identified herein, ("CC2") and harm CC2's adversaries.

## OVERT ACTS

In furtherance of the conspiracy alleged in Count Two and to affect the objects of the conspiracy alleged in Count Two, at least one of the co-conspirators committed or caused to be committed at least one of the following overt acts, among others, in the District of Arizona and elsewhere:

1. On or about May 5, 2017, Rafael F. Gallego sends a letter labeled "Proffer" to an Assistant United States Attorney, from the District of Arizona, containing topics of information that Co-conspirator One, a person known to the grand jury but not fully identified herein, ("CC1") will provide to the Government.

2. On or about July 20, 2017, CC1, with Rafael F. Gallego and Ricardo Gallego present, participated in an interview to obtain a "safety valve" reduction in CC1's criminal case, and during that interview, CC1 falsely stated to agents from Homeland Security Investigations and Customs and Border Protection and an Assistant United States Attorney from the District of Arizona, that Person A, a person known to the grand jury but not fully identified herein, was

the owner of the cocaine that CC1 was to cross into the United States from Mexico in January of 2017.

3. On or about July 20, 2017, CC1, with Rafael F. Gallego and Ricardo Gallego present, participated in an interview to obtain a "safety valve" reduction in CC1's criminal case and during that interview, CC1 falsely stated to agents from Homeland Security Investigations and Customs and Border Protection and an Assistant United States Attorney from the District of Arizona, that because of the trust that CC1 developed in the drug trafficking organization, CC1 learned that Person E and Person F, individuals known to the grand jury but not fully identified herein, work for Person A.

4. On or about August 4, 2017, Rafael F. Gallego assures CC1 that the federal agents investigating CC1's case would have no way to uncover or prove that CC1 lied during the July 12, 2017, interview.

5. On or about September 26, 2017, Rafael F. Gallego tells CC1 to falsely state that on a prior narcotics trafficking endeavor, CC1 did not know the amount of cocaine CC1 transported even though Rafael F. Gallego acknowledges previously telling CC1 to say it was four kilograms of cocaine.

6. On October 4, 2017, Rafael F. Gallego, caused an employee of the Gallego Law Firm, P.C. to send an email to Agent E.G. stating the date and amount of CC1's prior cocaine trafficking trip and providing information regarding Person A.

All in violation of Title 18, United States Code, Section 371.

### COUNT THREE
(18 U.S.C. §§ 1503 & 2)

That beginning on or about January 31, 2017, and continuing through and including on or about October 6, 2017, in the District of Arizona and elsewhere, Defendants,

**RAFAEL F. GALLEGO (1) and
RICARDO GALLEGO (2),**

aided and abetted by each other, and by others known and unknown to the grand jury, did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct and impede, the due administration of justice in *United States of America v. Efrain Corrales-Perez,* in the United States District Court for the District of Arizona, Tucson Division, with a cause number known to the grand jury but not identified herein, by providing false information to Homeland Security Investigations and Customs and Border Protection agents and the United States Attorneys Office for the District of Arizona, Tucson Division, in violation of Title 18, United States Code, Section 1503.

## COUNT FOUR
(18 U.S.C. § 3)

That beginning on or about January 2017, and continuing through and including on or about October 2017, in the District of Arizona and elsewhere, Defendants,

**RAFAEL F. GALLEGO (1) and
RICARDO GALLEGO (2),**

knowing that an offense against the United States has been committed, to wit, Conspiracy to Possess with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, did receive, relieve, comfort, and assist the offender, Co-conspirator Two, a person known to the grand jury but not fully identified herein, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of 18, United States Code, Section 3.

## COUNT FIVE
(18 U.S.C. § 1512(b)(3) & (k))

That beginning on or about January 2017, and continuing through and including on or about October 2017, in the District of Arizona and elsewhere, Defendants,

**RAFAEL F. GALLEGO (1) and
RICARDO GALLEGO (2),**

did knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury to commit an offense against the United States in violation of Title 18, United States Code, Section 1512(k), that is to say they conspired to corruptly persuade and attempted to corruptly persuade Co-conspirator 1, a person known to the grand jury but not fully identified herein, ("CC1"), by instructing CC1 to provide false information to law enforcement with the intent to hinder the communication to Ernesto Guerra and Damieon Green, law enforcement officers, of information relating to the commission of a Federal offense, Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, all in violation of Title 18, United States Code, Sections 1512(b)(3) & (k).

A TRUE BILL.

/S/

_____
FOREPERSON OF THE GRAND JURY

JEFF SESSIONS
ATTORNEY GENERAL OF THE UNITED STATES

JOHN F. BASH
UNITED STATES ATTORNEY

/S/

BY: _____
Special Attorney

AUG 0 1 2018

**REDACTED FOR
PUBLIC DISCLOSURE**