# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01537-001-TUC-RM (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Rafael F. Gallego, | |
| Defendant. | |

On August 10, 2018, this Court held a hearing on Defendant Rafael Gallego's Emergency Motion for Temporary Restraining Order (Doc. 21). On the basis of the parties' arguments made at that hearing and the findings and rulings made by the Court:

**IT IS ORDERED** that Defendant's Emergency Motion for Temporary Restraining Order (Doc. 21) is **partially granted and partially taken under advisement as follows**:

1. Defendant's Emergency Motion for Appointment of Special Master is **taken under advisement**.
2. Until further Order of the Court, the Government is enjoined from inspecting and/or reviewing the items seized from the Gallego Law Firm during execution of the search warrant on August 8, 2018.
3. Notwithstanding the above, the Government is permitted to mirror the hard drives of the computer towers seized from the Gallego Law Firm so that the computer towers can be returned to the law firm. Until further Order of the Court, the

Government shall not inspect or review the data on the original or mirrored hard drives. The employees completing the mirroring shall not be involved in the prosecution of the above-entitled matter.

4. The Government is granted a two-day extension of the requirement contained in the search warrant regarding return of at least one computer tower. The Government shall return at least one computer tower to the Gallego Law Firm on or before **Wednesday, August 15, 2018**. The Government shall promptly return all other computer towers to the Gallego Law Firm after the Government has finished mirroring the hard drives of those computer towers. The Federal Bureau of Investigation shall retain custody of the mirrored hard drives but shall not inspect or review the data on such mirrored drives until further Order of the Court.

5. Other than the computer-tower hard drives discussed above, the Government shall not mirror any other electronic media seized from the Gallego Law Firm, including the hard drives of laptop computers and USB drives.

6. The Government shall not scan or photocopy any hard-copy documents seized from the Gallego Law Firm.

7. The Government shall file a Response to Defendant's Emergency Motion for Temporary Restraining Order on or before **Thursday, August 16, 2018**.

8. On or before **Thursday, August 16, 2018**, the parties shall provide the Court with the names of three mutually acceptable individuals who could be appointed as a special master to review the documents and electronic media seized from the Gallego Law Firm for privilege and responsiveness to the search warrant.

**IT IS FURTHER ORDERED** that the Government's Motion to Seal (Doc. 16) is **denied without prejudice**. On or before **Tuesday, August 14, 2018**, the Government shall either re-file the Motion to Seal with additional information or file a redacted version of the Motion to Transfer.

. . . .

. . . .

**IT IS FURTHER ORDERED** that Defendant's Motion to Unseal Search Warrant Affidavit, Inventory, Return, and Any Attachments (Doc. 24) is **denied**. However, as discussed at the August 10, 2018 hearing, the Government shall provide defense counsel with a copy of the documents referenced in the Motion.

Dated this 10th day of August, 2018.

_____
Honorable Rosemary Márquez
United States District Judge