# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01537-001-TUC-RM (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Rafael F. Gallego, et al., | |
| Defendants. | |

The Court having reviewed Defendant's Motion to Designate Complex Case (Doc. 63), and good cause appearing,

**IT IS ORDERED** the Motion (Doc. 63) is **granted**. This matter is hereby designated a complex case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and LRCrim 16.2

**IT IS FURTHER ORDERED** that a status hearing is set for **Tuesday, September 18, 2018 at 1:30 p.m.**, before the Honorable Rosemary Márquez, to determine a schedule for discovery, motions, and any other pretrial case management issues.

Dated this 6th day of September, 2018.

_____
Honorable Rosemary Márquez
United States District Judge