# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle #1227
Sterling, VA 20166-1227

**FROM:** United States Pretrial Services
Evo A. DeConcini U.S. Courthouse
405 W. Congress
Suite 2600
Tucson, Arizona 85701-5020
(520) 205-4350

### Disposition Notice

Date: March 11, 2020
By: kml

Defendant: Rafael F Gallego
Date of Birth: 1959
SSN: xxx-xx-9105

Case Number: 0970 4:18CR01537
Place of Birth: Arizona

**Notice of Court Order** (Order Date: April 8, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number xxxxx7302 to the custody of the U.S. Pretrial Services on January 6, 2020.

### NOTICE OF DISPOSITION
The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☒ Defendant not convicted – Document returned to defendant. *[signature]*

Veronica Bravo for Hernandez & Hamilton PC

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court